814

No. 11–1204. U. S. BANK N. A. *v.* AGUAYO. C. A. 9th Cir. Certiorari denied.

No. 11–1218. HECK-DANCE *v.* INVERSIONES ISLETA MARINA, INC., ET AL. C. A. 1st Cir. Certiorari denied.

No. 11–1226. GARCIA-TORRES *v.* HOLDER, ATTORNEY GENERAL. C. A. 8th Cir. Certiorari denied.

No. 11–1250. FINDWHAT.COM ET AL. *v.* FINDWHAT INVESTOR GROUP. C. A. 11th Cir. Certiorari denied.

No. 11–1254. YOUNG *v.* CALIFORNIA EX REL. PARKER, CITY ATTORNEY, CITY OF OAKLAND, CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 11–1256. VAN STADEN *v.* ST. MARTIN. C. A. 5th Cir. Certiorari denied.

No. 11–1263. WASHINGTON STATE DEMOCRATIC CENTRAL COMMITTEE *v.* WASHINGTON STATE GRANGE ET AL.; and
No. 11–1266. LIBERTARIAN PARTY OF WASHINGTON STATE ET AL. *v.* WASHINGTON STATE GRANGE ET AL. C. A. 9th Cir. Certiorari denied. Reported below: 676 F. 3d 784.

No. 11–1275. SIGMAPHARM, INC. *v.* MUTUAL PHARMACEUTICAL CO., INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–1281. FOREST PRESERVE DISTRICT OF DU PAGE COUNTY, ILLINOIS *v.* FIRST NATIONAL BANK OF FRANKLIN PARK ET AL. Sup. Ct. Ill. Certiorari denied.

No. 11–1284. DINTELMAN ET AL. *v.* CHICOT COUNTY MEMORIAL HOSPITAL ET AL. C. A. 8th Cir. Certiorari denied.

No. 11–1286. HARVARD *v.* NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORP., DBA METRA. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–1287. JACKSON *v.* INTERNATIONAL FIBER CORP. C. A. 6th Cir. Certiorari denied.